JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960-6834
(973) 538-6890
ATTORNEYS FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIURKA GERMAN, | : |
| Plaintiff, | : |
| | : Civil Action No. |
| vs. | : |
| | : **CERTIFICATE OF SERVICE** |
| THE NEIMAN MARCUS GROUP INC., | : |
| Defendants. | : |

I hereby certify that a true copy of Defendant, The Neiman Marcus Group, Inc. ("Defendant"), Notice and Petition for Removal, Notice of Compliance, Application for an Extension of Time to Answer, Move or Otherwise Respond, Notice of Appearance, Civil Cover Sheet and 7.1 Disclosure Statement were electronically filed on April 5, 2011 using the CM/ECF system.

In addition, on April 5, 2011, I served a true and correct copy of the foregoing via overnight mail, upon the following:

>Ramon A. Pagan, Esq.
>The Law Office of Candice A. Pluchino, Esq.
>22 Alpine Drive
>Perrineville, New Jersey 08535
>Attorney for Plaintiff

*Lori Cell* (signature)
Lori Cell

Date: April 5, 2011
\pleading008-cert.fed.doc

4811-7056-6409, v. 1